**DISMISSED and Opinion Filed June 22, 2022**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

_____

**No. 05-18-00285-CV**
_____

**IN THE INTEREST OF N.J. AND E.J., CHILDREN**

**On Appeal from the 429th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 429-50327-2014**

## MEMORANDUM OPINION

Before Chief Justice Burns, Justice Molberg, and Justice Goldstein
Opinion by Chief Justice Burns

We reinstate this appeal. We abated this appeal in 2018 due to bankruptcy. *See* TEX. R. APP. P. 8.2. The Court conducted an independent review of the federal Public Access to Court Electronic Records (PACER) system which does not show a pending bankruptcy case associated with this appeal.

We notified the parties by letter, requesting they inform the Court of the status of the bankruptcy and of this appeal. We cautioned that the failure to respond would result in the appeal being dismissed for want of prosecution. *See id.* 42.3(b), (c). To date, neither party has responded.

Because we gave the parties an opportunity to show why we should not dismiss the appeal for want of prosecution and no one responded, we dismiss this appeal.  *See id.* 42.3(b), (c).

/Robert D.Burns, III/
ROBERT D. BURNS, III
CHIEF JUSTICE

180285F.P05



## Court of Appeals
## Fifth District of Texas at Dallas

## JUDGMENT

IN THE INTEREST OF N.J. AND
E.J., CHILDREN, Appellant

No. 05-18-00285-CV

On Appeal from the 429th Judicial
District Court, Collin County, Texas
Trial Court Cause No. 429-50327-
2014.
Opinion delivered by Chief Justice
Burns. Justices Molberg and
Goldstein participating.

In accordance with this Court's opinion of this date, the appeal is
**DISMISSED**.

Judgment entered June 22, 2022